IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00553-LTB-KLM

VANESSA BAKER,

    Plaintiff,

v.

PROGRESSIVE FINANCIAL SERVICES, INC., a Pennsylvania corporation,

    Defendant.
_____

ORDER
_____

This matter is before the Court on the Stipulated Motion to Amend Judgment against the Defendant to Add Attorney Fees. The Court has reviewed the pleading and is fully advised in the premises. It is ORDERED as follows:

1. The Stipulated Motion to Amend Judgment against Defendant to Add Attorney's Fees is granted.

2. Plaintiff's reasonable attorney's fees in the amount of $1,850.00 shall be added to the current Judgment of $1,200.00 and the Costs taxed by the Clerk of the Court in the amount of $420.00. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Vanessa Baker, and against the Defendant, Progressive Financial Services, Inc., in the total amount of $3,470.00, plus post-judgment interest.

Dated: June __17__, 2010 in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE